AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Burke <br><br> *Plaintiff(s)* <br> v. <br> James Alex Fields Jr., et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-02006 MHW-EPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nationalist Front
a/k/a Aryan National Alliance
c/o Jeff Schoep
22803 Rausch Ave
Eastpointe, MI 48021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) _[illegible]_

C. Date of Delivery: 08/05

1. Article Addressed to:

**Nationalist Front**
a/k/a Aryan National Alliance
c/o Jeff Schoep
22803 Rausch Ave.
Eastpointe, MI 48021

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

AUG -5

9590 9402 1334 5285 2526 93

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 1120 0000 4533 8226

PS Form 3811, July 2015 PSN 7530-02-000-9053      19-2006 MHW      Domestic Return Receipt



**CLERK, United States District Court**
**Southern District of Ohio**

Joseph P. Kinneary U.S. Courthouse, Rm 121
85 Marconi Blvd
Columbus, OH 43215

Civil Action No.
2:19-cv-02006 MHW-EPD

## USPS Tracking®   FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

### Track Another Package +

**Tracking Number:** 70191120000045338226    Remove ✕

Your item was delivered to an individual at the address at 1:49 pm on August 2, 2019 in EASTPOINTE, MI 48021.

### ✓ Delivered

August 2, 2019 at 1:49 pm
Delivered, Left with Individual
EASTPOINTE, MI 48021

Feedback

---

**Text & Email Updates** 

---

**Tracking History** 

**August 2, 2019, 1:49 pm**
Delivered, Left with Individual
EASTPOINTE, MI 48021
Your item was delivered to an individual at the address at 1:49 pm on August 2, 2019 in EASTPOINTE, MI 48021.

**August 2, 2019, 1:48 pm**
Notice Left (No Authorized Recipient Available)
EASTPOINTE, MI 48021

Case: 2:19-cv-02006-MHW-EPD Doc #: 8 Filed: 08/05/19 Page: 5 of 5  PAGEID #: 153

**August 2, 2019**
In Transit to Next Facility

**July 31, 2019, 11:11 am**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**July 30, 2019, 9:37 pm**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

**Product Information** 

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**