IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

William Burke,

        Plaintiff,

   v.                                    Case No. 2:19-cv-2006

James Alex Fields Jr. et al,

        Defendants.

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on August 12, 2019.  The complaint and issued summons were sent to the following locations:

**Proud Boys
c/o Jason Van Dyke
108 Durango Drive
Crossroads, TX 76227
(7019 1120 0000 4533 8318**)

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*