# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL BURKE,**

    **Plaintiff,**

                                      Case No. 2:19-cv-2006

    vs.                                 Judge Michael H. Watson

                                      Chief Magistrate Judge Elizabeth P. Deavers

**JAMES ALEX FIELDS,**
*et al.*,

    **Defendants.**

## ORDER

Defendant Traditionalist Worker's Party ("TWP") has filed a Motion for Extension of Time (ECF No. 13), which is **GRANTED**.  TWP may have until **SEPTEMBER 23, 2019**, in which to respond to the Complaint.

    **IT IS SO ORDERED.**


                                                    */s/ Elizabeth A. Preston Deavers*

**DATED:  August 21, 2019**          **ELIZABETH A. PRESTON DEAVERS**
                                           **CHIEF UNITED STATES MAGISTRATE JUDGE**