AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Burke<br><br>*Plaintiff(s)*<br>v.<br>James Alex Fields Jr., et al<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-02006 MHW-EPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Heimbach
619 N. Gospel Street, Lot 3
Paoli, IN 47454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

*Signature of Clerk or Deputy Clerk*

CLERK, United States District Court
Southern District of Ohio
J.P. Kinneary Courthouse, Rm 121
85 Marconi Blvd.
Columbus, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 AUG 26 PM 3: 44
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS



-R-T-S-   474545270-1N           08/22/19
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Matthew Heimbach
619 N. Gospel Street, Lot 3
Paoli, IN 47454

UTF 8-2-19
Bare

7019 1120 0000 4533 8165

**Return Receipt / Article:**

Matthew Heimbach
619 N. Gospel Street, Lot 3
Paoli, IN 47454

9590 9402 4384 8190 3649 76

7019 1120 0000 4533 8165

19-2006 MHW

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Burke<br><br>*Plaintiff(s)*<br>v.<br>James Alex Fields Jr., et al<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-02006 MHW-EPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Augustus Sol Invictus
15 W. Colonial Drive, Apt. 1313
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

*Signature of Clerk or Deputy Clerk*

CLERK, United States District Court
Southern District of Ohio
J.P. Kinneary Courthouse, Rm 121
85 Marconi Blvd.
Columbus, OH 43215

7019 1120 0000 4533

FILED
RICHARD W.
CLERK OF

2019 AUG 26 PM 3:43

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**ADDRESSEE UNKNOWN**

Augustus Sol Invictus
15 W. Colonial Drive, Apt. 1313
Orlando, FL 32801

**ADDRESSEE UNKNOWN**

NIXIE    326    E2 1        7288/22/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Augustus Sol Invictus
15 W. Colonial Drive, Apt. 1313
Orlando, FL 32801

19-2006 MHW

9590 9402 1334 5285 2526 55

2. Article Number (Transfer from service label)
19 1120 0000 4533 8233

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery