AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| William Burke | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:19-cv-02006 MHW-EPD |
| | ) | |
| James Alex Fields Jr., et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Proud Boys
c/o Jason Kessler
1013 Altavista Ave., Apt. B
Charlottesville, VA 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/22/2019_____

_Signature of Clerk or Deputy Clerk_

CLERK, United States District Court
Southern District of Ohio
J.P. Kinneary Courthouse, Rm 121
85 Marconi Blvd.
Columbus, OH 43215



$1 USA  $1 USA  $1 USA  $1 USA  5 USA DOLLARS



MANUAL PROC REQ    29*49N233165-01578
NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD
NIXIE

X-RAY
United States Marshals Service

7019 1120 0000 4533 8189

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 AUG 27 PM 12: 58
U.S. DISTRICT COURT
SOUTHERN DISTRICT OHIO
WEST DIV. COLUMBUS

**Proud Boys**
**c/o Jason Kessler**
**1013 Altavista Ave., Apt. B**
**Charlottesville, VA 22902**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Proud Boys
c/o Jason Kessler
1013 Altavista Ave., Apt. B
Charlottesville, VA 22902

9590 9402 4384 8190 3649 69

7019 1120 0000 4533 8189

2. Article Number (Transfer from service label)

PS Form 3811, July 2015 PSN 7530-02-000-9053

19-2006 MW

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt