# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM BURKE,**

    **Plaintiff,**

        Case No. 2:19-cv-2006

vs.        Judge Michael H. Watson

        Chief Magistrate Judge Elizabeth P. Deavers

**JAMES ALEX FIELDS,**
*et al.*,

    **Defendants.**

## SHOW CAUSE ORDER

This case was filed on May 17, 2019. (ECF No. 1.) It does not appear that service of process has been completed as required by Federal Rule of Civil Procedure 4(m)[1] as to the following Defendants: Vanguard America, Andrew Anglin, Gregory Anglin, Daily Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, Robert Ray, Matthew Heimbach, Jason Kessler, Proud Boys, Richard Spencer, Augustus Sol Invictus, and Morning Star Ministries USA, Inc.

Plaintiff is **ORDERED TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER**, why the claims against these Defendants should not be

---

[1] Rule 4(m) provides in pertinent part:

    If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

dismissed and why an extension of time to effect service should be allowed. The good cause showing should be supported with sworn affidavits.

    **IT IS SO ORDERED.**


**DATED: August 27, 2019**                */s/ Elizabeth A. Preston Deavers*
                                           **ELIZABETH A. PRESTON DEAVERS**
                                           **CHIEF UNITED STATES MAGISTRATE JUDGE**