AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| William Burke <br><br> *Plaintiff(s)* <br> v. <br> James Alex Fields Jr., et al <br><br> *Defendant(s)* | Civil Action No. 2:19-cv-02006 MHW-EPD |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Proud Boys
c/o Jason Van Dyke
108 Durango Drive
Crossroads, TX 76227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/05/2019

*Signature of Clerk or Deputy Clerk*



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Proud Boys
    C/o Jason Van Dyke
    108 Durango Drive
    Crossroads, TX 76227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☑ Addressee

B. Received by (Printed Name): J. VAN DYKE
C. Date of Delivery: 8-06-19

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

PO Box 2616
Decatur, TX 76234

3. Service Type
☑ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7019 1120 0000 4533 8318

PS Form 3811, July 2013     Domestic Return Receipt     19 2006 MHW

UNITED STATES POSTAL SERVICE NORTH TEXAS TX P&DC
DALLAS TX 750
26 AUG 2019 PM 8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, United States District Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse, Rm 121
85 Marconi Blvd.
Columbus, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 AUG 29 PM 2:06
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Civil Action No. 2:19-cv-02006 MHW-EPD