AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Burke<br><br>*Plaintiff(s)*<br>v.<br>James Alex Fields Jr., et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-02006 MHW-EPD<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory Anglin
6827 N. High Street, Ste 121
Worthington, OH 43085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | ) |
|---|---|
| William Burke | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:19-cv-02006 MHW-EPD |
| James Alex Fields Jr., et al | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Daily Stormer
c/o Gregory Anglin
6827 N. High Street, Ste 121
Worthington, OH 43085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

Signature of Clerk or Deputy Clerk

CLERK, United States District Court
Southern District of Ohio
J.P. Kinneary Courthouse, Rm 121
85 Marconi Blvd.
Columbus, OH 43215



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Daily Stormer
c/o Gregory Anglin
6827 N. High Street, Ste121
Worthington, OH 43085

9590 9402 4830 9032 4338 78

2. Article Number
7120 0000 4533 8127

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature ☒
B. Received by (Printed Name) | C. Date of Delivery
D. Is delivery address different from item 1?
   If YES, enter delivery address below: ☐ Yes ☐ No

3. Service Type
☒ Certified Mail®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

19-2006 MHW

Daily Stormer
c/o Gregory Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 SEP -9 PM 4:44
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

NIXIE    482  C0 1    2208/29/19
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

William Burke

*Plaintiff(s)*

v.

Civil Action No. 2:19-cv-02006 MHW-EPD

James Alex Fields Jr., et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Moonbase Holdings, LLC
c/o Andrew Anglin
PO Box 208
Worthington, Ohio 43085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

Signature of Clerk or Deputy Clerk

CLERK, United States District Court
Southern District
J.P. Kinneary
85 Marconi B
Columbus, OH 432

RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 43215252346    0080N243180-01306

NIXIE    482  C2 1    2208/31/19

VACANT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Moonbase Holdings, LLC
c/o Andrew Anglin
P.O. Box 208
Worthington, OH 43085

9590 9402 4830 9032 4338 47

2. Article Number (Transfer from service label)
7019 1120 0000 4533 8134

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

19-2006 rhh

Moonbase Holdings, LLC
c/o Andrew Anglin
PO Box 208
Worthington  Ohio 43085

RICHARD W. NAGEL
CLERK OF COURT
2019 SEP -9 PM 4:44
U.S. DISTRICT COURT
SOUTHERN DISTRICT OH
EAST DIV. COLUMBUS

TEN DOLLARS USA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Burke<br><br>*Plaintiff(s)*<br>v.<br>James Alex Fields Jr., et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-02006 MHW-EPD<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Morning Star Ministries, USA, Inc.
6827 N. High Street
Suite 121
Worthington, OH 43085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

*Signature of Clerk or Deputy Clerk*

CLERK, United States District Court
Southern District of Ohio
J.P. Kinneary Courthou[se]
85 Marconi Blvd.
Columbus, OH 43215

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Morning Star Ministries USA, Inc.
6827 N. High St., Ste 121
Worthington, OH 43085

9590 9402 1334 5285 2527 16

PS Form 3811, July 2015 PSN 7530-02-000-9053

7019 1120 0000 4533 8257

2. Article Number (Transfer from service label)

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)
- Priority Mail Express®
- Registered Mail™
- Registered Mail Restricted Delivery
- Return Receipt for Merchandise
- Signature Confirmation™
- Signature Confirmation Restricted Delivery

Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received by (Printed Name)     C. Date of Delivery
D. Is delivery address different from item 1?
   If YES, enter delivery address below:   ☐ Yes   ☐ No

Morning Star Ministries USA, Inc.
6827 N. High St., Ste. 121
Worthington, OH 43085

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 SEP -9 PM 4:44
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV. COLUMBUS

NIXIE        482  E2 1         2208/28/19
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 43215282346      0080N240035-02794