AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Burke <br><br> *Plaintiff(s)* <br> v. <br> James Alex Fields Jr., et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:19-cv-02006 MHW-EPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Spencer
1001-A King St
Alexandria, VA 22314


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael L. Fradin, Attorney at Law
8401 Crawford Ave., Suite 104
Skokie, IL 60076


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/22/2019

*Signature of Clerk or Deputy Clerk*

United States
District Court
S.D. Kinneary Courthouse
85 Marconi Blvd.
Columbus, OH 43215

Richard Spencer
1001-A King Street
Alexandria, VA 22314

NIXIE    220  EE 1    7209/14/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD