LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com


Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BURKE,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES ALEX FIELDS JR., VANGUARD AMERICA, ANDREW ANGLIN, GREGORY ANGLIN, DAILY STORMER, MOONBASE HOLDINGS, LLC, MORNING STAR MINISTRIES USA, INC., ANGLIN & ANGLIN, LLC, ROBERT RAY, MATTHEW HEIMBACH, THE TRADITIONALIST WORKER PARTY, JASON KESSLER, PROUD BOYS, RICHARD SPENCER, NATIONAL POLICY INSTITUTE, DAVID DUKE, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, HONORABLE SACRED KNIGHTS, JOHN DOE 1-1000 AND JANE DOE 1-1000,<br><br>        Defendants. | Case No. 2:19 cv 2006<br><br>RESPONSE TO SHOW CAUSE ORDER<br><br>Judge:  Hon. Michael H. Watson<br><br>Magistrate Elizabeth A. Preston Deavers |

## **PLAINTIFF'S  RESPONSE TO ORDER TO SHOW CAUSE**

Now comes Plaintiff and for his *RESPONSE TO ORDER TO SHOW CAUSE ORDER*, states as follows:

1. National Policy Institute, Inc. (NPI) is or was a corporation organized under the laws of the state of Virginia.

2. According to the Virginia State Corporation Commission website, (NPI's) principle office address is 1001 A King Street, Alexandria VA 22314.

3. Upon information and belief, the entity remains in operation as a "think tank" for the white supremacy movement and has received donations since becoming de-active on the Virginia State Corporation Commission website.

4. On August 1, 2019, an individual at the address listed as its principle place of business was served with process. (Doc #9).

5. However, a follow-up delivery of the Complaint to that address was deemed undeliverable by the United States Postal Office. (Doc #24).

6. Plaintiff seeks 30 days to serve the National Policy Institute, Inc. or the entity formerly known as National Policy Institute, Inc., through its registered agent, C T Corporation System, which still appears as the "active" agent on the Virginia State Corporation Commission website.

**Wherefore** and for the reasons set forth above, there is good cause to permit an additional 30 days to serve The National Policy Institute, Inc. through its registered agent, C T Corporation System.

s/ *Michael L. Fradin*
Attorney for Plaintiff

LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 10, 2019, *Plaintiff's Response to Order to Show Cause* was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Michael L. Fradin*
Attorney for Plaintiff