LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| WILLIAM BURKE,<br><br>       Plaintiff,<br><br>       *v.*<br><br>JAMES ALEX FIELDS JR., VANGUARD AMERICA, ANDREW ANGLIN, GREGORY ANGLIN, DAILY STORMER, MOONBASE HOLDINGS, LLC, MORNING STAR MINISTRIES USA, INC., ANGLIN & ANGLIN, LLC, ROBERT RAY, MATTHEW HEIMBACH, THE TRADITIONALIST WORKER PARTY, JASON KESSLER, PROUD BOYS, RICHARD SPENCER, NATIONAL POLICY INSTITUTE, DAVID DUKE, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, HONORABLE SACRED KNIGHTS, JOHN DOE 1-1000 AND JANE DOE 1-1000,<br><br>       Defendants. | Case No. 2:19 cv 2006<br><br>RESPONSE TO SHOW CAUSE ORDER<br><br>Judge: Hon. Michael H. Watson<br><br>Magistrate Elizabeth A. Preston Deavers |

## **PLAINTIFF'S RESPONSE TO DECEMBER 11, 2019 SHOW CAUSE ORDER**

Now comes Plaintiff and for his *Response to December 11, 2019 Show Cause Order,* states as follows:

1. Plaintiff has filed a Motion to file his Second Amended Complaint against the following Defendants: Andrew Anglin, Gregory Anglin, Daily Stormer, Moonbase Holdings, LLC,

Morning Star Ministries U.S.A., Inc., Anglin and Anglin, LLC, The Traditionalist Worker Party, National Policy Institute, and David Duke.

2. Defendants Traditionalist Worker Party (TWP), National Policy Institute, and David Duke have been served with the First Amended Complaint and Defendants Duke and (TWP) will be served with the Second Amended Complaint, if leave to file is granted, through the Court's ECF filing system.  Defendant National Policy Institute has not yet appeared and will be served with the Second Amended Complaint through its registered agent.

3. Plaintiff does not object to a Rule 4(m) dismissal without prejudice of the following Defendants: James Alex Fields Jr., Vanguard America, Robert Ray, Mathew Heimbach, Jason Kessler, Proud Boys, Richard Spencer, National Front, Augustus Sol Invictus, Honorable Sacred Knights, John Doe 1-1000 and Jane Doe 1-1000.

s/ *Michael L. Fradin*
Attorney for Plaintiff

LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com