IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM BURKE,

    Plaintiff,

Case No. 2:19-cv-2006

    vs.

Judge Michael H. Watson

Chief Magistrate Judge Elizabeth P. Deavers

JAMES ALEX FIELDS, JR., *et al.*,

    Defendants.

## ORDER

This matter came before the Court on January 7, 2020, at 2:00 P.M. for a status conference. Counsel for Plaintiff William Burke, Defendant The Traditionalist Worker Party ("TWP"), and Defendant David Duke appeared and participated in the conference.

As discussed more fully during the conference, Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 52) is **GRANTED**. The Clerk is **DIRECTED** to file the Second Amended Complaint, attached to the Motion as Exhibit 1. (ECF No. 52-1.) Defendants TWP and Duke may have until **FEBRUARY 6, 2020**, to move or otherwise plead in response to the Second Amended Complaint. Plaintiff is **DIRECTED** to serve the Second Amended Complaint on the following Defendants by **APRIL 6, 2020**: National Policy Institute,[1] Andrew

---

[1] Service of Plaintiff's First Amended Complaint was returned executed as to Defendant National Policy Institute ("NIP") on December 10, 2019, and its answer was due on December 31, 2019. (ECF No. 48.) To date, NIP has not filed an answer or otherwise moved in response to the First Amended Complaint. Because the Second Amended Complaint asserts new claims for relief against NIP, Plaintiff must complete service of the Second Amended Complaint on NIP by **APRIL 6, 2020**. *See* Fed. R. Civ. P. 4(m), 5(a)(2).

Anglin, Gregory Anglin, Daily Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, and Morning Star Ministries USA, INC.

Further, the Clerk is **DIRECTED** to terminate the following Defendants from the case: James Alex Fields, Jr., Proud Boys, Nationalist Front, Honorable Sacred Knights, Vanguard America, Robert Ray, Matthew Heimbach, Jason Kessler, Richard Spencer, and Augustus Sol Invictus.

**IT IS SO ORDERED.**


**DATE: January 7, 2020**          /s/ *Elizabeth A. Preston Deavers*
**ELIZABETH PRESTON DEAVERS**
**CHIEF UNITED STATES MAGISTRATE JUDGE**