AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| William Burke | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-cv-2006 |
| Andrew Anglin et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68(a) judgment is entered in this case. Plaintiff William Burke has accepted the offer of judgment made by Defendant David Duke. Judgment in the amount of Five Thousand Dollars ($5,000) is entered in favor of Plaintiff in accordance with the Notice of Acceptance with Offer of Judgment filed January 21, 2020 (ECF 59).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 1/22/2020

CLERK OF COURT

Signature of Clerk or Deputy Clerk