Approved, SCAO

| STATE OF OHIO SOUTHERN EASTERN JUDICIAL DISTRICT DIVISION | CERTIFICATE OF SATISFIED JUDGMENT | CASE NO. 2:19-CV-02006 MHW-EPD |
|---|---|---|
| Court address | | Court telephone no. |

**Plaintiff name(s), address(es), and telephone no(s).**

WILLIAM BURKE

v

**Defendant name(s), address(es), and telephone no(s).**

Andrew Anglin, ET AL

**Plaintiff attorney, bar no., address, and telephone no.**

MICHAEL L. FRADIN (0091739)
8 N. COURT ST., SUITE 403
ATHENS, OH 45701

847-986-5889

A judgment was entered by this court on  1/ 22/2020    Against  David  Duke  Only
                                          Date

☑ **Satisfaction by Party**

The judgment has been satisfied in full as to  ☐ all defendants    ☑ defendant  DAVID DUKE Only
                                                                              Name

2/5/2020                                         /S/ MICHAEL L. FRADIN
Date                                             Plaintiff/Attorney signature

☐ **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____
                                                    Date

_____                               _____
Date                                             Court clerk/Deputy court clerk

☐ **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

_____                               _____
Date                                             Judge

**CERTIFICATE OF MAILING**

I certify that on this date this satisfaction was served upon the parties and their attorneys by this Court's ECF System.

2/5/2020                                         /S/ MICHAEL L. FRADIN
Date                                             Signature

MC 17  (6/04)  CERTIFICATE OF SATISFIED JUDGMENT                              MCR 2.620