**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**WILLIAM BURKE,**

      **Plaintiff,**

      **vs.**

**JAMES ALEX FIELDS,** *et al.*,

      **Defendants.**

**Case No. 2:19-cv-2006**
**Judge Michael H. Watson**
**Chief Magistrate Judge Elizabeth P. Deavers**

## <u>ORDER</u>

Plaintiff filed a Second Amended Complaint on January 7, 2020, against the following

Defendants:  The Traditionalist Worker Party, National Policy Institute, Andrew Anglin,

Gregory Anglin, Daily Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, and

Morning Star Ministries USA, INC.  (ECF No. 57.)  Defendant Traditionalist Worker Party was

served with the Second Amended Complaint by virtue of the CM/ECF system, and it filed a

Motion to Dismiss for Lack of Jurisdiction on February 5, 2020.  (ECF No. 61.)  The docket

further reflects that Defendant National Policy Institute was served with the Second Amended

Complaint on February 5, 2020.  (ECF No. 63.)  To date, Defendant National Policy Institute has

not moved or otherwise pleaded in response to the Second Amended Complaint, nor has Plaintiff

applied for and obtained an entry of default from the Clerk pursuant to Federal Rule of Civil

Procedure 55(a).

As of the date of this Order, service of the Second Amended Complaint has not been

completed as required by Federal Rules of Civil Procedure 4(m), 5(a)(1)(b), and 5(a)(b), and by

the Court's Order (ECF No. 56) as to the following Defendants:  Andrew Anglin, Gregory

Anglin, Daily Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, and Morning Star Ministries USA, INC.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER** why the claims against Defendants Andrew Anglin, Gregory Anglin, Daily Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, and Morning Star Ministries USA, INC, should not be dismissed and why an extension of time to effect service should be allowed.  Plaintiff is **FURTHER ORDERED TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER** why the claims against Defendant National Policy Institute should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 55(a).  The good cause showing should be supported with sworn affidavits.

**IT IS SO ORDERED.**

DATED:  April 16, 2020

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**CHIEF UNITED STATES MAGISTRATE JUDGE**