THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| William Burke, | : | |
| Plaintiff, | : | Case No.  2:19-cv-2006 |
| v. | : | Judge Watson |
| James Alex Fields Jr. et al, | : | Magistrate Judge Deavers |
| Defendants. | | |

**ENTRY OF DEFAULT**

It appears that Defendant National Policy Institute is in default, having failed to plead in or otherwise defend this cause as required by law. Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 1st day of May, 2020.

CLERK OF COURT



Signature of Clerk or Deputy