UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

William Burke,

    Plaintiff,

    v.

Andrew Anglin, *et al.*,

    Defendants.

Case No. 2:19-cv-2006

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Chief Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's claims against Andrew Anglin, Gregory Anglin, Daily Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, and Morning Star Ministries USA, INC. pursuant to Federal Rule of Civil Procedure 4(m) for failure to perfect service.  R&R, ECF No. 69.

The R&R notified the parties of their right to object and of the consequences for failing to do so.  *Id.*  The deadline for filing objections has passed, and none were filed.  In fact, Plaintiff conceded in his response to the Court's show cause order that the above defendants may be dismissed for failure to effect service.  *See* Resp., ECF No. 67.

Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Andrew Anglin, Gregory Anglin, Daily

Stormer, Moonbase Holdings, LLC, Anglin and Anglin, LLC, and Morning Star Ministries USA, INC.

**IT IS SO ORDERED.**

                                                */s/ Michael H. Watson*
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**