IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| WILLIAM BURKE,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW ANGLIN et. al.<br><br>        Defendants. | Case No. 2:19 cv 2006<br><br>JOINT STATUS REPORT<br><br>Judge:  Hon. Michael H. Watson<br><br>Magistrate Elizabeth A. Preston Deavers |

JOINT STATUS REPORT

Pursuant to this Court's November 20, 2020 order (Doc. # 80), William Burke and the Traditionalist Workers Party file this joint status report.  The parties to this report have agreed to a resolution through an offer of judgment.  The parties anticipate that judgment will be entered within 14 days of this report and, accordingly, request 30 days to file an additional status report if judgment has not been entered.

s/ *Michael L. Fradin*

Michael L. Fradin, Attorney at Law
8 N. Court St. Suite 403
Athens, Ohio 45701
P: 847-986-5889
F: 847-673-1228
Attorney for Plaintiff

s/ *James E. Kolenich (per email authority)*

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
P: 513-444-2150
F: 513-297-6065
Attorney for Traditionalist Worker Party

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 4th day of January, 2021, the foregoing Joint Status Report was served on all parties of record via this Court's ECF system.

s/ <i>Michael L. Fradin</i><br>Michael L. Fradin, Attorney at Law