LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| WILLIAM BURKE,<br><br>                   Plaintiff,<br><br>    *v.*<br><br>ANDREW ANGLIN et. al.<br><br>                   Defendants. | Case No. 2:19 cv 2006<br><br>NOTICE OF ACCEPTANCE OF<br>TRADITIONALIST WORKER<br>PARTY'S OFFER OF JUDGMENT<br><br>Judge:  Hon. Michael H. Watson<br><br>Magistrate Elizabeth A. Preston Deavers |

## NOTICE OF ACCEPTANCE OF
## TRADITIONALIST WORKER PARTY'S OFFER OF JUDGMENT

Now comes Plaintiff, William Burke, by and through his Attorney, Michael L. Fradin, and for

*Plaintiff's Notice of Acceptance of Traditionalist Worker Party's Offer of Judgment,* states as follows:

1.  Pursuant to Federal Rule 68, Plaintiff hereby gives notice that he accepts Traditionalist

    Worker Party's *Offer of Judgment* attached herein as Exhibit A.

    *Wherefore*, Plaintiff, William Burke, requests that this Court enter judgment against

Traditionalist Worker Party and in favor of Plaintiff in the amount of $10,000.00.

*s/ Michael L. Fradin*
Attorney for Plaintiff
LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104

Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 13, 2021, *Plaintiff's Notice of Acceptance of Traditionalist Worker Party's Offer of Judgment* was served by electronic mail to counsel for Traditionalist Worker Party (jek318@gmail.com).

*Plaintiff's Notice of Acceptance of Traditionalist Worker Party's Offer of Judgment* will also be filed electronically.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the court's electronic filing system.

<u>/s/ Michael L. Fradin</u>
Attorney for Plaintiff

3