IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **WILLIAM BURKE** : | Case No. 2:19-CV-2006 |
| : | |
| Plaintiff, : | (Judge WATSON) |
| : | (Mag. Judge DEAVERS) |
| v. : | |
| : | |
| **JAMES ALEX FIELDS ET AL.,** : | |
| : | **CIV. R. 68 OFFER OF JUDGMENT** |
| Defendants. : | |
| : | |
| : | |

Defendant Traditionalist Worker's Party ("TWP") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of the plaintiff William Burke ("Plaintiff") and against TWP in the sum of $10,000.00 (ten thousand dollars and zero cents). This shall be the total amount paid by TWP on account of any and all liability that was or could have been claimed in this action, in this or any other jurisdiction, or based on its underlying facts, including all costs and attorney fees otherwise recoverable by the Plaintiff. This Offer is not an admission of liability but is made solely to efficiently settle a disputed claim.

Respectfully Submitted,

s/ James E. Kolenich
_____
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150

1

(513) 297-6065 (fax)
JEK318@gmail.com
Attorney for TWP