IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

William Burke,

    Plaintiff,

    vs.

James Alex Fields Jr. et al,

    Defendants.

Case No. 2:19-cv-2006

Judge Watson
Magistrate Judge Deavers

JUDGMENT ON AN ACCEPTED OFFER

    PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68(a) judgment is entered in this case. Plaintiff William Burke has accepted the offer of judgment made by Defendant Traditionalist Worker's Party. Judgment in the amount of Ten Thousand Dollars ($10,000) is entered in favor of Plaintiff in accordance with the Notice of Acceptance with Offer of Judgment filed January 13, 2021 (ECF 82).

    Judgment entered January 13, 2021.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio


By:    s/ Eric Weitz
    Eric Weitz, Deputy Clerk