Approved, SCAO

| STATE OF OHIO SOUTHERN EASTERN JUDICIAL DISTRICT DIVISION | CERTIFICATE OF SATISFIED JUDGMENT | CASE NO. 2:19-CV-02006 MHW-EPD |
|---|---|---|
| Court address | | Court telephone no. |

**Plaintiff name(s), address(es), and telephone no(s).**

WILLIAM BURKE

v

**Defendant name(s), address(es), and telephone no(s).**

Andrew Anglin, ET AL

**Plaintiff attorney, bar no., address, and telephone no.**

MICHAEL L. FRADIN (0091739)
8 N. COURT ST., SUITE 403
ATHENS, OH 45701

847-986-5889

A judgment was entered by this court on Date 1-13-21 against Traditionalist Worker Party

☑ **Satisfaction by Party**

The judgment has been satisfied in full as to ☐ all defendants  ☑ defendant TRADITIONALIST WORKER PARTY Only Name

1/15/2021
Date

/S/ MICHAEL L. FRADIN
Plaintiff/Attorney signature

☐ **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____
Date

Date

Court clerk/Deputy court clerk

☐ **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

Date

Judge

**CERTIFICATE OF MAILING**

I certify that on this date this satisfaction was served upon the parties and their attorneys by this Court's ECF System.

1/15/2021
Date

/S/ MICHAEL L. FRADIN
Signature

MC 17 (6/04) CERTIFICATE OF SATISFIED JUDGMENT     MCR 2.620