# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

William Burke,

    Plaintiff,

v.

Andrew Anglin, *et al.*,

    Defendants.

Case No. 2:19-cv-2006

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Clerk of Courts entered default against Defendant National Policy Institute ("Defendant") on May 1, 2020. ECF No. 68. Plaintiff now moves for default judgment against Defendant, seeking $3,335,000. Mot. Default J., ECF No. 86.

The materials submitted with the motion for default judgment are insufficient to support an award of $3,335,000. Thus, the Court will hold a virtual evidentiary hearing on Wednesday, April 14, 2021 at 10:00 a.m. to determine an appropriate amount of damages. *See* Fed. R. Civ. P. 55(b)(2)(B). In advance of the hearing, Plaintiff shall present to the Court for *in camera* review his calculation of damages and all supporting evidence.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**