## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

William Burke,

      Plaintiff,

           v.                     Case No.  2:19cv2006

Andrew Anglin, *et al.*,            Judge Michael H. Watson

      Defendant.

## DEFAULT JUDGMENT

Plaintiffs' motion for default judgment is granted and it is ordered:

The Court **AWARDS** judgment against Defendant, in the amount of $2,444,461.15.

Date:  May 4, 2021       **RICHARD NAGEL, CLERK**

                        By:     s/Jennifer Kacsor

                                Courtroom Deputy